AO 243 (Rev. 5/85)    MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District District of Columbia |
|---|---|
| Name of Movant: John Haire | Prisoner No. 39629-018 | Case No. 00-0426-01 |
| Place of Confinement: Coleman FCC - Low    Coleman, FL 33521-1031 | | |

UNITED STATES OF AMERICA    v.    JOHN HAIRE
(name under which convicted)

## MOTION

**FILED MAR 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Name and location of court which entered the judgment of conviction under attack
   District of Columbia    Washington, D.C.

2. Date of judgment of conviction    1-25-02

3. Length of sentence    240 months

4. Nature of offense involved (all counts)
   21 USC 846
   21 USC 963

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty    ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)